UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| TRACY JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3:20-CV-101-DCLC-HBG |
| v. | ) |
| | ) |
| JOHN EVANS and KATIE SPURLING, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, this pro se prisoner's complaint for relief filed under 42 U.S.C. § 1983 is **DISMISSED** pursuant to Fed. R. Civ. P. 41(b), Plaintiff is **ASSESSED** the filing fee of $400, and the custodian of Plaintiff's inmate trust account is **DIRECTED** to submit payments toward the filing fee in the manner set forth in the memorandum opinion.

The Clerk is **DIRECTED** to send a copy of the memorandum opinion and this order to the Warden of Morgan County Correctional Complex and the Attorney General for the State of Tennessee and the Court's financial deputy.

Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

**E N T E R:**

　　　　　　　　　　　　　　　　　　　　s/Clifton L. Corker
　　　　　　　　　　　　　　　　　　　　United States District Judge

ENTERED AS A JUDGMENT
  s/ *John L. Medearis*
  CLERK OF COURT